USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

VICTORIA ANI,

                            **Plaintiff,**

           -against-

MICHAEL REAGAN, *EPA Administrator*,

                          **Defendants.**

--------------------------------------------------------------------X

**25-CV-10797 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This case was recently transferred to the Southern District of New York from the District of the District of Columbia and referred to me for general pretrial supervision. Defendant has not answered or otherwise responded to the complaint and must do so 14 days from the date of this order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 14, 2026
               New York, New York