USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/1/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

VICTORIA ANI,

                                   **Plaintiff,**                          **25-CV-10797 (VSB)(SN)**

                        -against-
                                                                            **ORDER**

MICHAEL REAGAN, *EPA Administrator*,

                                  **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Defendant's request for an extension of time to respond to Plaintiff's complaint is GRANTED. Defendant shall answer, or otherwise respond, to the Complaint by April 30, 2026.

The parties are further directed to meet and confer regarding a proposed discovery schedule.

An Initial Pretrial Conference pursuant to Rule 16 is scheduled for Friday, May 1, 2026, at 2:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. At least one week before the scheduled conference, the parties are directed to complete the Civil Case Management Plan and Scheduling Order, available at https://nysd.uscourts.gov/hon-sarah-netburn, and e-mail it to Netburn_NYSDChambers@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to the close the motions at ECF Nos. 32 and 34.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        April 1, 2026
              New York, New York