**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

VICTORIA ANI,

                **Plaintiff,**

        -against-

**LEE ZELDIN,** *EPA Administrator,*

                **Defendant.**

----------------------------------------------------------------X

**25-CV-10797 (VSB)(SN)**

**ORDER REQUESTING**
**LIMITED APPEARANCE OF**
***PRO BONO* COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2026

**SARAH NETBURN, United States Magistrate Judge:**

The Court directs that the Clerk of Court seek pro bono counsel to enter a limited appearance for the purposes of settlement. Counsel will file a Notice of Limited Appearance as Pro Bono Counsel. Pro bono counsel will not be obligated for any aspect of Plaintiff's representation beyond the matters described in this Order. Absent an expansion of the scope of pro bono counsel's representation, pro bono counsel's representation of Plaintiff will end if settlement cannot be achieved. Upon the filing by pro bono counsel of a Notice of Completion, the representation by pro bono counsel of Plaintiff in this matter will terminate, and pro bono counsel will have no further obligations or responsibilities to Plaintiff or to the Court in this matter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 4, 2026
             New York, New York