UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRTORIA ANI,

Plaintiff,

-against-

LEE ZELDIN, *EPA Administrator*,

Defendant.

25-CV-10797 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.
Dated: July 31, 2026
New York, New York

Vernon S. Broderick
Vernon S. Broderick
United States District Judge